OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, without costs.
 

 Contrary to respondents’ contention, the proceeding to validate petitioners’ designations as County Committeepersons was not brought by Lansner in a representative capacity.
 
 *930
 
 Rather, it was commenced by the candidates in their individual capacities as petitioners. Moreover, the petition was properly verified solely by Lansner since, in this case, the petitioners were "united in interest” (CPLR 3020 [d];
 
 see, Matter of Castillo v Maclara,
 
 63 NY2d 682, 683). Respondents’ remaining arguments are unpreserved or without merit.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Hancock, Jr., and Bellacosa concur; Judge Titone taking no part.
 

 Order affirmed, without costs, in a memorandum.